```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | No. CR-08-137-WFN-33 |
|                              ) | |
|         Plaintiff,           ) | ORDER GRANTING UNOPPOSED |
|                              ) | MOTION AND MODIFYING |
| v.                           ) | CONDITIONS OF RELEASE |
|                              ) | |
| CHARLES BRIAN McGEE,         ) | ☑ Motion Granted |
|                              ) |    **(Ct. Rec. 1237)** |
|         Defendant.           ) | |

Before the court is the Defendant, Charles B. McGee's unopposed Motion to Modify Conditions of Release to remove the requirement of electronic home monitoring. The court has considered the Motion, without oral argument, and finds that there is good cause to grant the requested relief.

**IT IS ORDERED** that Defendant's Motion to Modify the Conditions of Release **(Ct. Rec. 1237)** is **GRANTED.** The requirement that the Defendant be on electronic home monitoring is removed. All other standard and any special conditions of the Defendant's release shall remain in full force and effect.

DATED May 8, 2009.

                          S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION AND MODIFYING
CONDITIONS OF RELEASE - 1